■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EFRAIN RIVERA, Appellant. [912 NYS2d 476]—Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Roman, J.), imposed June 30, 2009, on the ground that the sentence was excessive.

Ordered that the sentence is affirmed. No opinion. Prudenti, P.J., Dillon, Covello and Hall, JJ., concur.